**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 12, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00325-CV**

---

**IN RE DEBORAH E. BRYANT, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1145840**

---

## MEMORANDUM OPINION

On May 5, 2022, relator Deborah E. Bryant filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Audrie Lawton-Evans, presiding judge of County Civil Court at Law No. 1 of Harris County, to "accept her Fourth Amened Answer and Counterclaims, filed on May 3, 20222, for the purpose of the conventional trial on the merits."

Relator states that she expects real party in interest to move to strike her fourth amended pleading. There is nothing in the record demonstrating that he has filed a motion to strike or that the trial court has otherwise stricken her fourth amended pleading.

Relator's request is not ripe for our review. Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See Mayhew v. Town of Sunnyvale*, 964 S.W.2d 922, 924 (Tex. 1998) ("Ripeness is an element of subject matter jurisdiction."). We also dismiss relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.